IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 05 - 75 - UNA |
| SERGIO RAMIREZ-MANDIZABAL, | : |
| Defendant. | : |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 8, 2005, in the State and District of Delaware, Sergio Ramirez-Mandizabal, defendant herein, an alien and subject of Mexico, who had been deported from the United States on or about January 13, 2004, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Leonard P. Stark
Assistant United States Attorney

Dated: July 26, 2005

FILED

JUL 2 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE