IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05- 75-UNA |
| ) | |
| SERGIO RAMIREZ-MANDIZABAL, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Sergio Ramirez-Mandizabal, as a result of the Indictment returned against him on July 26, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Leonard P. Stark
Assistant United States Attorney

Dated: July 26, 2005

AND NOW, this 26 day of July, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Sergio Ramirez-Mandizabal.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE