IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERGIO RAMIREZ-MANDIZABAL, )<br>)<br>Defendant. ) | Criminal Action No. 05-75 |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for defendant Sergio Ramirez-Mandizabal. In support of its request, the United States states as follows:

1. The defendant was charged by Indictment in this Court with one count of Illegal Re-entry after Deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

2. A State of Delaware prison authority has informed the United States Marshals Service that the defendant is currently in state custody at Gander Hill Multi-Purpose Criminal Justice Facility (Gander Hill) in Wilmington, Delaware.

WHEREFORE, petitioner respectfully requests that the Court instruct the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the District of Delaware and to the Warden of Gander Hill, Wilmington, Delaware to bring Sergio Ramirez-Mandizabal before United States Magistrate Judge Mary Pat Thynge at 1:00 p.m. on September 15,

2005, for his Initial Appearance that day and to keep him in federal custody until the end of the prosecution or until sentencing, whichever comes first.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

By: _____
     Leonard P. Stark
     Assistant United States Attorney


IT IS SO ORDERED this ____ day of _____, 2005.


_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge
United States District Court
District of Delaware