FILED in OPEN COURT
9/21/05  KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
                                  )   CASE NO. CR05-75-SLR
       vs.                        )
  SERGIO RAMIREZ MANDIZABAL       )
                                  )
                                  )
            Defendant.            )

# O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on SEPTEMBER 21, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until OCTOBER 20, 2005 The time between the date of this order and OCTOBER 20, 2005. shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                  _____
                                  Honorable Mary Pat Thynge
                                  U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney



FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE