IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-075-SLR |
| | ) |
| SERGIO RAMIREZ-MANDIZABAL, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 31st day of October, 2005,

IT IS ORDERED that:

1.  A telephonic status conference is scheduled for **Tuesday, November 8, 2005** at **8:30 a.m.**, with the court initiating said call.

2.  The time between this order and the **November 8, 2005** teleconference shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

United States District Judge