IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO RAMIREZ-MANDIZABAL<br>　　　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO. 05-75-SLR<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:　DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　AND WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION,
　　　WILMINGTON, DELAWARE

GREETINGS:

　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **SERGIO RAMIREZ-MANDIZABAL** who is now detained and imprisoned at THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION, WILMINGTON, DELAWARE and who is a defendant in the above-entitled cause, in which cause the said **SERGIO RAMIREZ-MANDIZABAL**, was charged with violation of Title 8 U.S. Code, Section 1326(a) and (b)(2) is scheduled for an **INITIAL APPEARANCE ON SEPTEMBER 15, 2005 AT 1:00 PM**, and to remain in the custody of the U.S. Marshal's Service until the conclusion of pending charges.

　　And have you then and there this writ.

　　To the Marshal of the District of Delaware to execute.
WITNESS the Honorable MARY PAT THYNGE, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 8th day of September 2005.

CERTIFIED: 9/8/05
AS A TRUE COPY:
　　ATTEST:
PETER T. DALLEO, CLERK
BY _____
　　Deputy Clerk

PETER T. DALLEO, CLERK

By: _____
　　Deputy Clerk

Ramirez Marduque S.
USDC
Dw Thomas 2/8/06
By Faley


FILED
FEB -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE


FILED:
A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY
Deputy Clerk