AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

SERGIO RAMIREZ-MANDIZABAL

**WARRANT FOR ARREST**

Case Number:   CR 05-75-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   _____ SERGIO RAMIREZ-MANDIZABAL _____
                                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

RE-ENTRY AFTER FELONY CONVICTION AND SUBSEQUENT DEPORTATION

in violation of   _____ 8 _____ United States Code, Section(s)   _____ 1326(a) and (b)(2) _____

Peter T. Dalleo
Name of Issuing Officer

BY: [signature] Duncan, Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

7/27/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Sergio Ramirez-Mandizabal

| DATE RECEIVED  7-27-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  9-15-05 | William Daniel Dorman | William Dunn |